UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RI INC. D/B/A SEATING SOLUTIONS,

                Plaintiff,

vs.

CONTINENTAL CASUALTY COMPANY,

                Defendant.

Index No.  14-CV-2553 (ADS/WDW)

**AFFIDAVIT OF SERVICE**

ERIC BURNSIDE, SR., being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill P.C., 1251 Avenue of the Americas, New York, NY  10020.

    On April 23, 2014 at 11:05 a.m., deponent served a true copy of an **Summons, Complaint, Civil Cover Sheet, Judge Arthur Spatt's Rules and Magistrate Judge William Wall's Rules** upon Continental Casualty Company by serving NYS Department of Financial Services.

    Service was accepted by Mr. Roger Rock, employee of NYS Financial Services.  He is a Caucasian male, between the ages 50-55 with gray hair and weighs about 175 lbs..  Mr. Rock stated he was authorized to accept service for Continental Casualty Company.

                                                   */s/ Eric Burnside, Sr.*
                                                   Eric Burnside, Sr.

Sworn to before me on this
23rd day of April, 2014

*/s/ Melina Olivieri*
Notary Public

Melina Olivieri
Notary Public, State of New York
NO. 01OL6212487
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires October 13, 20__

nydocs1-1031155.1