UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RI INC. D/B/A SEATING SOLUTIONS,   Civil Action No. 14-cv-2553 (ADS/WDW)

               Plaintiff,

-against-

CONTINENTAL CASUALTY COMPANY,   **STIPULATION**

               Defendant.
-----------------------------------------------------------X

It is hereby stipulated by counsel for the parties that defendant's time to answer, move or otherwise respond to the complaint is extended to and including June 16, 2014.

Dated: May 8, 2014

                                       COLLIAU CARLUCCIO KEENER
                                       MORROW PETERSON & PARSONS

                                       By: _____
                                            Bernadette Kelly Kirwin, Esq.
                                       *Attorneys for Defendant*
                                       Continental Casualty Company
                                       125 Broad Street, 7th Floor
                                       New York, NY 10004
                                       (212) 440-2747
                                       (212) 440-2749 (fax)
                                       Bernadette.kirwin@cna.com

                                       ANDERSON KILL, P.C.

                                       By: _____
                                            Peter A. Halprin, Esq.
                                       *Attorneys for Plaintiff*
                                       1251 Avenue of Americas
                                       New York, NY 10020
                                       (212) 278-1000
                                       (212) 278-1733 (fax)
                                       phalprin@andersonkill.com