

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RI INC. D/B/A SEATING SOLUTIONS,

                    Plaintiff,

-against-

CONTINENTAL CASUALTY COMPANY,

                    Defendant.
-----------------------------------------------------------X

Civil Action No. 14-cv-2553 (ADS/WDW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 28 2014

LONG ISLAND OFFICE

**STIPULATION**

It is hereby stipulated by counsel for the parties that defendant's time to answer, move or otherwise respond to the complaint is extended to and including June 16, 2014.

Dated: May 8, 2014

So ORDERED

s/ Arthur D. Spatt

ARTHUR D. SPATT, USDJ
5/28/14

COLLIAU CARLUCCIO KEENER
MORROW PETERSON & PARSONS

By: _____
Bernadette Kelly Kirwin, Esq.
*Attorneys for Defendant*
Continental Casualty Company
125 Broad Street, 7th Floor
New York, NY 10004
(212) 440-2747
(212) 440-2749 (fax)
Bernadette.kirwin@cna.com

ANDERSON KILL, P.C.

By: _____
Peter A. Halprin, Esq.
*Attorneys for Plaintiff*
1251 Avenue of Americas
New York, NY 10020
(212) 278-1000
(212) 278-1733 (fax)
phalprin@andersonkill.com