P/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RI INC. D/B/A SEATING SOLUTIONS

                    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

                    Defendant.

---

Civil Action No. 14-cv-2553-ADS-SIL

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 03 2014 ★

LONG ISLAND OFFICE

S I R S:

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff RI Inc. d/b/a Seating Solutions and Defendant Continental Casualty Company, through their undersigned counsel, and that whereas no party is an infant or incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action having been settled be, and the same hereby is discontinued, with prejudice, and without costs to any party and that this Stipulation may be filed with the Clerk of the Court without further notice.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED**, that facsimile signatures shall be deemed to be, and will have the same force and effect as, original signatures

nydocs1-1038096.1

and that this Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, and all of which taken together shall constitute one and the same instrument.

Dated: October 1, 2014

RI Inc. d/b/a Seating Solutions

By: _____
Peter A. Halprin, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000
Facsimile: 212-278-1733

Continental Casualty Company

By: _____
David Group, Esq.
Colliau Carluccio Keener Morrow Peterson & Parsons
125 Broad Street, 7th Floor
New York, NY 10004
Telephone: 212-440-3187
Facsimile 212-440-2749

Case closed, So ordered

_____
Arthur D. Spatt, USDJ
10/3/14